**EXHIBIT 1 |** Judgments

## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Scott A. Poyer, Clerk of the Circuit Court for Anne Arundel County, hereby certify that the aforegoing is a true copy filed in the above entitled case, in the Circuit Court for Anne Arundel County.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Circuit Court for Anne Arundel County this __3__ day of __APRIL__, 2020.

_Scott A. Poyer_
Scott A. Poyer, Clerk
of the Circuit Court for Anne Arundel County, MD.

## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Laura S. Ripken, Judge of the Fifth Judicial Circuit of the State of Maryland comprehending the counties of Anne Arundel, Carroll and Howard, do certify that the foregoing attestation Scott A. Poyer, Clerk of the Circuit Court for Anne Arundel County, is due form and by the proper officer.

Given under my hand this __3rd__ day of __April__ 2020.

_Laura S. Ripken_
Judge of the Fifth Judicial Circuit Court of Maryland.



## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Scott A. Poyer, Clerk of the Circuit Court for Anne Arundel County, hereby certify that the Honorable Laura S. Ripken., whose name is subscribed to the foregoing certificate, was at the time of so doing Associate Judge of the Fifth Judicial Circuit of Maryland, duly appointed and commissioned, and that to all acts by him done in that capacity full faith and credit are due, and ought to be given as well in Courts of Justice as thereout.

IN TESTIMONY WHEREOF, I hereto set my hand and affix the seal of the Circuit Court for Anne Arundel County this __3__ day of __APRIL__ A.D., 2020.

_Scott A. Poyer_
Scott A. Poyer, Clerk
of the Circuit Court for Anne Arundel County, MD.

**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND**

8 Church Circle
Annapolis, Maryland 21401

Main: 410-222-1397
Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** Clifford W Cuniff
914 Bay Ridge Road
Suite 240
Annapolis, MD 21403

**Case Number:** C-02-CV-18-001050

**CLIFFORD CUNIFF VS. DAVONNE EVANS, ET AL.**

Date: 4/2/2020

## NOTICE OF MODIFICATION OF JUDGMENT

I HEREBY CERTIFY that the following Judgment has been modified in this Court in the above entitled case.

Judgment Against:
Brandi A Evans McIntyre
14970 Potomac Heights Pl # 507
Woodbridge   VA 22191

Bradley W McIntyre
14701 River Walk Way #444
Woodbridge   VA 22191

Judgment in Favor of:
Clifford W Cuniff
914 Bay Ridge Road
Suite 240
Annapolis   MD 21403

| | |
|---|---|
| Judgment Assignee: | None |
| Judgment Ordered On: | 08/15/2019 |
| Judgment Entry Date: | 08/15/2019 |
| Amount of Judgment: | $$39,196.23 |
| Pre Judgment Interest: | |
| Appearance Fee: | $0.00 |
| Filing Fee: | $0.00 |

| | |
|---|---|
| Other Fee: | $0.00 |
| Service Fee: | $0.00 |
| Attorney Fee: | $0.00 |
| Total Judgment: | $39,196.23 |

**Modified on:** 04/02/2020
**Judgment Status:** Modified

**Comments:** For Rico Violations as damages awarded to Plaintiff are hereby trebled. Judgment to accrue post-judgment interest by law at 10% per annum pursuant to Courts Article 11-107

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.

*Scott A. Poyer*
Scott A. Poyer
Clerk of the Circuit Court

CC-CV-037 (Rev. 04/2015)            Page 1 of 1            04/02/2020 10:11 AM

## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Scott A. Poyer, Clerk of the Circuit Court for Anne Arundel County, hereby certify that the aforegoing is a true copy filed in the above entitled case, in the Circuit Court for Anne Arundel County.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Circuit Court for Anne Arundel County this __3__ day of __APRIL__, 2020.

_Scott A. Poyer_
Scott A. Poyer, Clerk
of the Circuit Court for Anne Arundel County, MD.

## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Laura S. Ripken, Judge of the Fifth Judicial Circuit of the State of Maryland comprehending the counties of Anne Arundel, Carroll and Howard, do certify that the foregoing attestation Scott A. [...] Clerk of the Circuit Court for Anne Arundel County, is due form and by the proper officer.

Given under my hand this __3rd__ day of __April__ 2020.

_Laura S. Ripken_
Judge of the Fifth Judicial Circuit Court of Maryland.

## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Scott A. Poyer, Clerk of the Circuit Court for Anne Arundel County, hereby certify that the Honorable Laura S. Ripken., whose name is subscribed to the foregoing certificate, was at the time of so doing Associate Judge of the Fifth Judicial Circuit of Maryland, duly appointed and commissioned, and that to all acts by him done in that capacity full faith and credit are due, and ought to be given as well in Courts of Justice as thereout.

IN TESTIMONY WHEREOF, I hereto set my hand and affix the seal of the Circuit Court for Anne Arundel County this __3__ day of __APRIL__ A.D., 2020.

_Scott A. Poyer_
Scott A. Poyer, Clerk
of the Circuit Court for Anne Arundel County, MD.

**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND**
8 Church Circle
Annapolis, Maryland 21401

Main: 410-222-1397
Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** Clifford W Cuniff
914 Bay Ridge Road
Suite 240
Annapolis, MD 21403

**Case Number:** C-02-CV-18-001050

**CLIFFORD CUNIFF VS. DAVONNE EVANS, ET AL.**

Date: 4/2/2020

## NOTICE OF MODIFICATION OF JUDGMENT

I HEREBY CERTIFY that the following Judgment has been modified in this Court in the above entitled case.

Judgment Against:
Brandi A Evans McIntyre
14970 Potomac Heights Pl # 507
Woodbridge    VA 22191

Bradley W McIntyre
14701 River Walk Way #444
Woodbridge    VA 22191

Judgment in Favor of:
Clifford W Cuniff
914 Bay Ridge Road
Suite 240
Annapolis    MD 21403

| | |
|---|---|
| Judgment Assignee: | None |
| Judgment Ordered On: | 08/15/2019 |
| Judgment Entry Date: | 08/15/2019 |
| Amount of Judgment: | $$51,992.25 |
| Pre Judgment Interest: | |
| Appearance Fee: | $0.00 |
| Filing Fee: | $0.00 |

| | |
|---|---|
| Other Fee: | $0.00 |
| Service Fee: | $0.00 |
| Attorney Fee: | $0.00 |
| Total Judgment: | $51,992.25 |

**Modified on** 04/02/2020
**Judgment Status:** Modified

**Comments:** For Costs and Reasonable Attorney Fees. Judgment to accrue post-judgment interest by law at 10% per annum pursuant to Courts Article 11-107

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.

*Scott A. Poyer*
Scott A. Poyer
Clerk of the Circuit Court

CC-CV-037 (Rev. 04/2015)    Page 1 of 1    04/02/2020 9:56 AM

## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Scott A. Poyer, Clerk of the Circuit Court for Anne Arundel County, hereby certify that the aforegoing is a true copy filed in the above entitled case, in the Circuit Court for Anne Arundel County.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Circuit Court for Anne Arundel County this __3__ day of __APRIL__, 2020.

_Scott A. Poyer_
Scott A. Poyer, Clerk
of the Circuit Court for Anne Arundel County, MD.

## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Laura S. Ripken, Judge of the Fifth Judicial Circuit of the State of Maryland comprehending the counties of Anne Arundel, Carroll and Howard, do certify that the foregoing attestation Scott A. P___ ___ the Circuit Court for Anne Arundel County, is due form and by the proper officer.

Given under my hand this __3rd__ day of __April__ 2020.

_Laura S. Ripken_
Laura S. Ripken
Judge of the Fifth Judicial Circuit Court of Maryland.

## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Scott A. Poyer, Clerk of the Circuit Court for Anne Arundel County, hereby certify that the Honorable Laura S. Ripken., whose name is subscribed to the foregoing certificate, was at the time of so doing Associate Judge of the Fifth Judicial Circuit of Maryland, duly appointed and commissioned, and that to all acts by him done in that capacity full faith and credit are due, and ought to be given as well in Courts of Justice as thereout.

IN TESTIMONY WHEREOF, I hereto set my hand and affix the seal of the Circuit Court for Anne Arundel County this __3__ day of __APRIL__ A.D., 2020.

_Scott A. Poyer_
Scott A. Poyer, Clerk
of the Circuit Court for Anne Arundel County, MD.

**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND**
8 Church Circle
Annapolis, Maryland 21401

Main: 410-222-1397
Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** Clifford W Cuniff
914 Bay Ridge Road
Suite 240
Annapolis, MD 21403

**Case Number:** C-02-CV-18-001050

**CLIFFORD CUNIFF VS. DAVONNE EVANS, ET AL.**

Date: 4/2/2020

## NOTICE OF MODIFICATION OF JUDGMENT

**I HEREBY CERTIFY** that the following Judgment has been modified in this Court in the above entitled case.

Judgment Against:  Brandi A Evans McIntyre
14970 Potomac Heights Pl # 507
Woodbridge    VA 22191

Bradley W McIntyre
14701 River Walk Way #444
Woodbridge    VA 22191

Judgment in Favor of:  Clifford W Cuniff
914 Bay Ridge Road
Suite 240
Annapolis    MD 21403

| | | | |
|---|---|---|---|
| Judgment Assignee: | None | | |
| Judgment Ordered On: | 08/15/2019 | Other Fee: | $0.00 |
| Judgment Entry Date: | 08/15/2019 | Service Fee: | $0.00 |
| Amount of Judgment: | $$180,000.00 | Attorney Fee: | $0.00 |
| Pre Judgment Interest: | | | |
| Appearance Fee: | $0.00 | Total Judgment: | $180,000.00 |
| Filing Fee: | $0.00 | | |
| Modified on | 04/02/202020 | | |
| Judgment Status: | Modified | | |

**Comments:** Judgment to accrue post-judgment interest by law at 10% per annum pursuant to Courts Article 11-107.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.

*Scott A. Poyer*
Scott A. Poyer
Clerk of the Circuit Court

CC-CV-037 (Rev. 04/2015)        Page 1 of 1        04/02/2020 10:15 AM

## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Scott A. Poyer, Clerk of the Circuit Court for Anne Arundel County, hereby certify that the aforegoing is a true copy filed in the above entitled case, in the Circuit Court for Anne Arundel County.



IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Circuit Court for Anne Arundel County this __3__ day of __APRIL__, 2020.

_Scott A. Poyer_
Scott A. Poyer, Clerk
of the Circuit Court for Anne Arundel County, MD.

## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Laura S. Ripken, Judge of the Fifth Judicial Circuit of the State of Maryland comprehending the counties of Anne Arundel, Carroll and Howard, do certify that the foregoing attestation Scott A. Poyer, Clerk of the Circuit Court for Anne Arundel County, is due form and by the proper officer.

Given under my hand this __3rd__ day of __April__ 2020.

_Laura S. Ripken_
Laura S. Ripken
Judge of the Fifth Judicial Circuit Court of Maryland.

## STATE OF MARYLAND, ANNE ARUNDEL COUNTY, SCT:

I, Scott A. Poyer, Clerk of the Circuit Court for Anne Arundel County, hereby certify that the Honorable Laura S. Ripken., whose name is subscribed to the foregoing certificate, was at the time of so doing Associate Judge of the Fifth Judicial Circuit of Maryland, duly appointed and commissioned, and that to all acts by him done in that capacity full faith and credit are due, and ought to be given as well in Courts of Justice as thereout.

IN TESTIMONY WHEREOF, I hereto set my hand and affix the seal of the Circuit Court for Anne Arundel County this __3__ day of __APRIL__ A.D., 2020.

_Scott A. Poyer_
Scott A. Poyer, Clerk
of the Circuit Court for Anne Arundel County, MD.

**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND**
8 Church Circle
Annapolis, Maryland 21401

Main: 410-222-1397
Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** Clifford W Cuniff
914 Bay Ridge Road
Suite 240
Annapolis, MD 21403

**Case Number:** C-02-CV-18-001050

**CLIFFORD CUNIFF VS. DAVONNE EVANS, ET AL.**

Date: 4/2/2020

## NOTICE OF MODIFICATION OF JUDGMENT

**I HEREBY CERTIFY** that the following Judgment has been modified in this Court in the above entitled case.

**Judgment Against:** Brandi A Evans McIntyre
14970 Potomac Heights Pl # 507
Woodbridge    VA 22191

Bradley W McIntyre
14701 River Walk Way #444
Woodbridge    VA 22191

**Judgment in Favor of:** Clifford W Cuniff
914 Bay Ridge Road
Suite 240
Annapolis    MD 21403

| | |
|---|---|
| Judgment Assignee: | None |
| Judgment Ordered On: | 04/30/2019 |
| Judgment Entry Date: | 04/30/2019 |
| Amount of Judgment: | $$112,000.00 |
| Pre Judgment Interest: | |
| Appearance Fee: | $0.00 |
| Filing Fee: | $0.00 |
| Other Fee: | $0.00 |
| Service Fee: | $0.00 |
| Attorney Fee: | $0.00 |
| Total Judgment: | $112,000.00 |

**Modified on** 04/02/2020
**Judgment Status:** Modified

**Comments:** For Compensatory Damages for unjust enrichment. Judgment to accrue post-judgment interest by law @ 10% per annum pursuant to Court Article 11-107

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.

*Scott A. Poyer*
Scott A. Poyer
Clerk of the Circuit Court

CC-CV-037 (Rev. 04/2015)    Page 1 of 1    04/02/2020 10:00 AM